3 A.3d 667

James E. and Debra PORTER

v.

NUNZIO AND LAURA TERRA AND PORTERRA, LLC and 1101 Frankford, LLC and United Land Transfer, LLC and IML Builders, LLC and Neil Erlichman.

Petition of Commerce Bank N.A., f/k/a T.D. Bank.

No. 67 EM 2010.

Supreme Court of Pennsylvania.

Sept. 3, 2010.

## ORDER

PER CURIAM.

**AND NOW,** this 3rd day of September, 2010, the Petition for Allowance of Appeal, treated as a Petition for Review, is **DENIED.**